UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **FIRST MOTION TO MODIFY CONDITIONS OF RELEASE** |
| Plaintiff, | |
| | Case No. 22-cr-0293-NEB-TNL-1 |
| v. | |
| MOHAMED NOOR, | |
| Defendant. | |

Defendant Mohamed Noor, by and through counsel, Jason Steck, and, pursuant to 18 U.S.C. § 3145(a)(2), moves the Court to modify paragraph 7(q) of the conditions of release to remove the requirement for GPS monitoring.

The defendant reports that his pretrial services agent has no objection to this request.

The undersigned attempted to contact counsel for the Government, Joseph Thompson, by email on January 31, 2023 to obtain the Government's position on this request. As yet, no response has been received.

Date: <u>February 15, 2023</u>         <u>    /s/ Jason Steck      </u>
                                                             Jason Steck #0393077
                                                             525 Park Street, Suite 320
                                                             St. Paul, MN 55103
                                                             (763) 402-1829
                                                             Attorney for Defendant

1