# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                      Case No. 22-cr-293 (NEB/DTS)

        Plaintiff,

    v.

                            **PRELIMINARY ORDER**
                                **OF FORFEITURE**

MOHAMED MUSE NOOR,

        Defendant.

Based on the United States' Motion for a Preliminary Order of Forfeiture; the Plea Agreement entered into between the United States and Defendant Mohamed Muse Noor; and on the Court having found that an order of forfeiture is authorized pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, as a result of the charge to which the Defendant has pleaded guilty,

**IT IS HEREBY ORDERED** that:

1.      The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 96) is **GRANTED;**

2.      A money judgment forfeiture is entered against Defendant, pursuant to 18 U.S.C. § 981(a)(1)(C), in the amount of $52,388;

3.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

4.      This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated: July 1, 2025                          s/Nancy E. Brasel
                                             NANCY E. BRASEL
                                             United States District Judge